**IN THE U.S. COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **COLLEEN MILLER,** )<br>) <br>**Plaintiff** )<br>)<br>v. )<br>)<br>)<br>**TOYOTA MOTOR CORP.,** )<br>)<br>**&** )<br>)<br>**THRIFTY RENT-A-CAR** )<br>**SERVICE, INC,** )<br>)<br>**Defendants.** ) | **Case No. 1:08-cv-01613**<br><br>**Judge:**<br><br><br><br>**AFFIDAVIT** |

**AFFIDAVIT AND DECLARATION OF SERVER**

I, CASSANDRA L. TOONE, having personal knowledge and being of competent mind, do hereby attest to the following:

1. On **January 13, 2009**, I sent a time stamped copy of the Complaint and Summons in the above captioned action via Federal Express, Shipment No. 797247472995, addressed to Shigeru Hayakawa, Managing Officer, Toyota Motor Corporation, 9 West 57th Street, 49th Floor, New York, NY 10019.

2. The Federal Express Envelope was delivered and signed for by Z. Morales on **January 14, 2009** (*See* Federal Express Proof of Signature letter dated January 14, 2009, attached hereto as Exhibit "1").

/ / /
/ / /

1

      I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 14th day of January, 2009.

                                                  Respectfully submitted,

                                                  __/s/ Cassandra L. Toone_____
                                                CASSANDRA L. TOONE
                                                Affiant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  15th   day of January, 2009, I caused the foregoing *Affidavit* to be served by placing a true and correct copy of the same in the U.S. Mail in Washington, D.C., enclosed in a sealed envelope, upon which First Class postage was fully prepaid, addressed to:

Edward J. Longosz, II, Esq.
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC  20006
*Counsel for Defendant Toyota Motor Corporation*

Elizabeth B. Fisher, Esq.
Morris Kletzkin, Esq.
FRIEDLANDER MISLER, PLLC
1101 17th Street, N.W.
Suite 700
Washington, DC  20036
*Counsel for Defendant Thrifty Rent-A-Car Service Inc.*

   /s/ Cassandra L. Toone
CASSANDRA L. TOONE
Paralegal